

**Entered on Docket
September 03, 2009**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
(949) 252-9400 Phone
(949) 252-1032 Fax

Attorneys for WELLS FARGO HOME MORTGAGE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| JAVIER MOTA, | ) | Case No. S-09-12355-BAM |
| | ) | |
| | ) | Hearing Date:  September 1, 2009 |
| Debtor. | ) | Hearing Time: 1:30 pm |
| | ) | |
| | ) | Location:   Foley Federal Building |
| | ) |                 Courtroom No. 3 |
| _____ | ) | |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of WELLS FARGO HOME MORTGAGE came on regularly for hearing before this court on September 1, 2009, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted.

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to real property commonly known as 2109 Barhill Avenue, North Las Vegas, NV 89084.

1      IT IS FURTHER ORDERED that WELLS FARGO HOME MORTGAGE will provide Debtors

2 with no less than five (5) days notice of the date, time and place of foreclosure sale.

3

4 SUBMITTED BY:

5

6 /s/ *Kevin Hahn*_____

KEVIN HAHN

7 Nevada Bar No. 9821

2112 Business Center Drive

8 Irvine, California 92612

(949) 252-9400

9 Attorney for WELLS FARGO HOME MORTGAGE

10

11 <u>RULE 9021 CERTIFICATION</u>

12      In accordance with Local Rule 9021, counsel for Movant certifies:

13    ____ The Court waived the requirement of approval under LR 9021.

14    ____ No parties appeared or filed written objections, and there is no trustee appointed in the

case.

15

16   __X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

any unrepresented parties who appeared at the hearing, and any trustee appointed in this

17      case, and each has approved or disapproved the order, or failed to respond as indicated

below [list each party and whether the party has approved, disapproved, or failed to

18      respond to the document]:

19

20     RICK A. YARNALL, Trustee: _____

21      Approved_____     Disapproved_____     Failed to Respond ___X____

22

23

24

25

26

27

28